2016-0416 (La. 9/16/16)

**Darvel BURGESS**

v.

**SEWERAGE & WATER BOARD OF NEW ORLEANS**

**NO. 2016-C-0416**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Office of Workers' Compensation,

District 8, No. 12-06510; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0918;

IN RE: Sewerage & Water Board of New Orleans;—Defendant;

Writ Granted. The case is remanded to the Court of Appeal for re-briefing and reconsideration in accord with this Court's decision in Lafayette Bone & Joint Clinic v. Louisiana United Business SIF, et al., c/w Lafayette Bone and Joint Clinic v. Guy Hopkins Construction Co. Inc., et al., 15-2137 c/w 15-2138 (La. 6/29/16), So.3d

WEIMER, J., would grant and docket.